UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

Paul Stanley,

                                              Plaintiff,

-against-

City of New York, NYPD Detective Noel Lawrence (Shield #6498), NYPD Detective Florin Kuka (Tax ID# 936047) and NYPD Detective Katrina Forrester (Tax ID# 941207), Detective Ricardo Joseph (Shield # 5406), Detective Shae Jackson (TaxID#915942), and Sgt. Jean Desir (Tax ID #931633),

                                              Defendants.
------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-02395 (MKB) (CLP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.	Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       July 1, 2016

| | |
|---|---|
| MICHAEL J. REDENBURG, ESQ. PC<br>*Attorneys for Plaintiff*<br>11 Park Place, Suite 817<br>New York, NY 10007<br>212-240-9465 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Forrester, Kuka, Lawrence, Desir,*<br>   *Joseph, and Jackson*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Michael J. Redenburg<br>*Attorney for Plaintiff* | By: _____<br>Angharad Wilson<br>*Assistant Corporation Counsel* |

SO ORDERED:
s/ MKB 7/5/2016

_____
MARGO K. BRODIE
United States District Judge